UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 09-00331 DDP |
| Plaintiff, | ) ) | **ORDER FOR MENTAL COMPETENCY EVALUATION** |
| v. | ) ) | |
| JOSE FRANCO | ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | |

The Court orders the MDC to conduct a mental competency evaluation of the defendant and prepare a report for the Court.

Dated: June 24, 2009

_____
DEAN D. PREGERSON
United States District Judge